

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00285-CV

EX PARTE N.K.L.

On Appeal from the 47th District Court
Randall County, Texas
Trial Court No. 76,083-A, Honorable Dan L. Schaap, Presiding

February 14, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

The Texas Department of Public Safety appeals from the trial court's order of expunction. Now pending before this Court is the Department's motion to voluntarily dismiss its appeal. The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam